1

2

3

4

5

6

7                      IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           SAN FRANCISCO DIVISION

10  Robert Pepper, et al.,                      NO. C 11-06714 JW
                                                NO. C 12-00259 JW
11                Plaintiffs,
    _____ /         **ORDER VACATING CASE**
12                                             **MANAGEMENT CONFERENCE;**
    Eric Terrell, et al.,                      **CONSOLIDATING CASES; DENYING**
13                                             **MOTION TO DISMISS AS MOOT**
                  Plaintiffs,
14       v.

15  Apple Inc.,

16                Defendant.
    _____ /
17

18          These cases are scheduled for a Case Management Conference on March 26, 2012.  In their

19  Joint Case Management Statements, all of the parties contend that these two cases should be

20  consolidated.[1]  Further, Defendant has filed a Motion to Dismiss in one of the cases.[2]

            In light of the parties' stipulation regarding consolidation of the cases, the Court finds that a
21
    Case Management Conference would be premature at this time, as the filing of a Consolidated
22
    Complaint is necessary.  Accordingly, the Court VACATES the Case Management Conference.
23
            For good cause shown, the Court CONSOLIDATES these cases into one case.  The Clerk
24
    shall consolidate these cases such that the earliest-filed action, No. C 11-06714 JW, is the lead case.
25

26          [1]  (See Joint Case Management Statement at 12, Docket Item No. 22 in No. C 11-06714 JW;
    Joint Case Management Statement at 12, Docket Item No. 6 in No. C 12-00259 JW.)
27

28          [2]  (See Defendant Apple's Notice of Motion and Motion to Dismiss; Memorandum of Points
    and Authorities in Support Thereof, Docket Item No. 14 in No. C 11-06714 JW.)

All future filings shall be in No. C 11-06714 JW and shall bear the caption: "In re Apple iPhone Antitrust Litigation."  Since the later action is now consumed in the first-filed action, the Clerk shall administratively close No. C 12-00259 JW.

On or before **March 30, 2012**, Plaintiffs shall file a Consolidated Complaint.  In light of this Order, Defendant's Motion to Dismiss–which is currently set for hearing on April 23, 2012–is DENIED as moot.

Dated:  March 20, 2012

JAMES WARE
United States District Chief Judge

2

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Adrian Frank Davis adrian.davis@lw.com
   Alexander H. Schmidt schmidt@whafh.com
3  Alfred Carroll Pfeiffer Al.Pfeiffer@lw.com
   Archis Ashok Parasharami aparasharami@mayerbrown.com
4  Arthur William Lazear awl@hoffmanandlazear.com
   Christopher E Ondeck condeck@crowell.com
5  Christopher S. Yates chris.yates@lw.com
   Damian Rene Fernandez damianfernandez@gmail.com
6  Daniel Allen Sasse dsasse@crowell.com
   Daniel Murray Wall dan.wall@lw.com
7  David Eldon Crowe dcrowe@crowell.com
   Donald M. Falk dfalk@mayerbrown.com
8  Francis M. Gregorek gregorek@whafh.com
   H. Tim Hoffman hth@hoffmanandlazear.com
9  Jason C. Murray jmurray@crowell.com
   Jeffrey H. Howard jhoward@crowell.com
10 Lola Abbas Kingo lola.kingo@lw.com
   M. Van Smith mvsmith@sbcglobal.net
11 M. Van Smith mvsmith@sbcglobal.net
   Marisa C. Livesay livesay@whafh.com
12 Mark Carl Rifkin rifkin@whafh.com
   Max Folkenflik max@fmlaw.net
13 Michael Milton Liskow liskow@whafh.com
   Morgan Matthew Mack mmm@hoffmanandlazear.com
14 Rachele R. Rickert rickert@whafh.com
   Randall Scott Newman rsn@randallnewman.net
15 Sadik Harry Huseny sadik.huseny@lw.com
   Satyanand Satyanarayana satyanand.satyanarayana@lw.com
16 Shari Ross Lahlou slahlou@crowell.com
   Stephen DeNittis sdenittis@shabeldenittis.com
17 Wm. Randolph Smith wrsmith@crowell.com
   Zachary W. Biesanz biesanz@whafh.com
18

19 **Dated: March 20, 2012**          **Richard W. Wieking, Clerk**

20

21                                     **By:    /s/ JW Chambers**
                                         **Susan Imbriani**
22                                       **Courtroom Deputy**

23

24

25

26

27

28

**United States District Court**
For the Northern District of California